AMY M. HIGBIE, as Executrix, etc., of JOHN R. HIGBIE, Deceased, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial denied, with ten dollars costs, upon the ground that the action, having been properly brought in Nassau county, inasmuch as the defendant is in law to be deemed a resident of Nassau as well as of Suffolk, the interests of justice will be better promoted by having the trial at Mineola in Nassau county than at Riverhead in Suffolk county, in which places the respective terms of court are held, the facilities for travel between Mineola and Babylon being so much better than between Riverhead and Babylon. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

In the Matter of the Petition of GEORGE E. GREEN, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 11056, Held by HORACE SMITH, Respondent.— Order reversed, without costs, and application granted, without costs. We think that if the applicant's buildings were not to be considered, the consent of the owner of the other building was essential, and that such consent by one of the tenants by the entirety was insufficient, and that if the applicant's buildings were to be considered, then his application, being unacknowledged, could not stand as his statutory consent.* Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Estate of CATHERINE MCMAHON, Deceased. MATTHEW F. BROE, as Executor, etc., Appellant; CATHERINE MCMAHON, Respondent.— Order of the Surrogate's Court of Rockland county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

JENNIE LEVINE, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Stapleton, Mills and Rich, JJ.

JESSIE LOPER, Respondent, v. LUCY J. ASKIN, Appellant.— Reargument ordered, and case set down for March 7, 1917. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred.

BRIDGET McLINSKEY and Others, Respondents, v. FLORAL PARK TERRACE COMPANY, Defendant, and JOHN CORLEY, Individually and as Administrator, etc., Appellant.— Order affirmed, without costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

BERTHA MEISSNER, as Administratrix, etc., of HUGO MEISSNER, Deceased, Respondent, v. ATLANTIC HYGIENIC ICE COMPANY, Appellant. — Reargument ordered, and case set down for March 7, 1917. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred.

---

* See Liquor Tax Law (Consol. Laws, chap. 34; Laws of 1909, chap. 39), § 15, subd. 8, as amd. by Laws of 1915, chap. 654.— [REP.